IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re DMCA Section 512(h) Subpoena to Discord, Inc. | Civil Action No. 3:24-mc-00059-S |

**AGREED MOTION TO WITHDRAW NEXON KOREA CORPORATION'S MOTION TO COMPEL DISCORD, INC. TO RESPOND TO THE DMCA SECTION 512(H) SUBPOENA**

Nexon Korea Corporation ("Nexon"), through counsel, hereby moves to withdraw its Motion to Compel Discord Inc. to Respond to the DMCA Section 512(h) Subpoena filed on October 11, 2024 (ECF No. 2) (the "Motion"). In support of this Motion, Nexon respectfully shows the Court as follows:

**RELEVANT FACTS**

1. Nexon Korea Corporation is an interactive video game company, which has created several successful video game franchises. Nexon owns valid and subsisting copyrights in popular video games, such as MapleStory, MapleStory2, Sudden Attack, The Kingdom of the Winds, Dungeon & Fighter, Grand Chase, and Elsword.

2. Discord, Inc. ("Discord") is a voice, video, and text communication service.

3. On or about May 22, 2024, Nexon alleges that, through its undersigned counsel, it filed a request for issuance of a Digital Millennium Copyright Act (DMCA) subpoena, pursuant to 17 U.S.C. § 512(h), requesting that Discord provide information sufficient to identify 23 users who have allegedly infringed Nexon's intellectual property rights.

4. Nexon personally served the subpoena on Discord on June 4, 2024.

5. On or about July 1, 2024, Discord's counsel issued a written correspondence to Nexon's counsel, raising objections to the subpoena.

6. On or about October 11, 2024, Nexon filed the Motion to Compel Discord, Inc.'s Responses to the DMCA Subpoena.

7. Thereafter, the parties have been engaged in substantive discussions to try to enable the parties to resolve this matter without the need for judicial intervention.

8. In connection with these discussions, Nexon has withdrawn the subpoena to Discord dated May 22, 2024 (filed at ECF No. 1).

## CONCLUSION

9. Accordingly, Nexon desires to withdraw the Motion to Compel with prejudice.

## PRAYER FOR RELIEF

Nexon Korea Corporation respectfully prays that the Court enter an order withdrawing the Motion to Compel with prejudice.

Dated: October 28, 2024

Respectfully submitted,

**SUL LEE LAW FIRM, PLLC**

By: */s/ Dominique Williams*
Sul Lee
State Bar No. 24078844
sul@sulleelaw.com
Diren W. Singhe
State Bar No. 24044135
dsinghe@sulleelaw.com
Dominique Williams
State Bar No. 24125458
dwilliams@sulleelaw.com
3030 LBJ Fwy., Suite 220
Dallas, Texas 75234
Tel. (214) 206-4064
Fax. (214) 206-4064

**ATTORNEYS FOR NEXON KOREA CORPORATION**

**CHARHON CALLAHAN ROBSON & GARZA, PLLC**

By: */s/ Steven Callahan*

State Bar No. 24053122
scallahan@ccrglaw.com

**ATTORNEYS FOR DISCORD INC.**

3

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on the 28th day of October 2024.

*/s/ Dominique Williams*

Dominique Williams

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), the parties met and conferred regarding the requested relief. This relief sought in this motion is unopposed.

*/s/ Dominique Williams*

Dominique Williams